IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CEDRIC L. YOUNG,<br><br>                Plaintiff,<br><br>    v.<br><br>DR. RICHARD STEFANIC, DR. BLATT, MYRON STANISHEFSKI, RICHARD S. ELLERS,<br><br>                Defendants. | Civil Action<br><br>No.  10-CV-3449 |

**ORDER**

AND NOW, this 3 day of August, 2011, upon consideration of the motions to dismiss filed by defendants Richard Ellers, Myron Stanishefski, and Dr. Richard Stefanic (Docket Nos. 34 and 35), plaintiff's motion to file an amended complaint (Docket No. 27), and for the reasons outlined in the accompanying memorandum, it is hereby ORDERED that defendants' motions are GRANTED, plaintiff's claims against Ellers, Stanishefski, and Stefanic are DISMISSED, and plaintiff's motion to file an amended complaint will be DISMISSED as moot.

                                                              BY THE COURT:

                                                             /s/  Louis H. Pollak
                                                             Pollak, J.